UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-1003 PA (FFMx) | Date | April 9, 2015 |
|---|---|---|---|
| Title | Bozena Klune v. Ashley Furniture Industries, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes Kerr | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**   IN CHAMBERS — COURT ORDER

     Before the Court is a Motion to Remand filed by plaintiff Bozena Klune ("Plaintiff").  (Docket No. 13.)  Defendants Ashley Furniture Industries, Inc., Jag Daswatta, and Stoneledge Furniture, LLC (collectively "Defendants") have filed an Opposition, to which Plaintiff has filed a Reply.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for April 13, 2015 is vacated, and the matter taken off calendar.  The Court takes the matter under submission.

     Plaintiff is hereby ordered to show cause why the class allegations included in her First Amended Complaint (Notice of Removal, Ex. RR) are not barred by this Court's order in Case No. 14-cv-03986 PA (FFMx) striking class allegations based on her failure to comply with Local Rule 23-3.  (Docket No. 49.)  Plaintiff's response to this order, which shall not exceed ten (10) pages, shall be filed no later than April 20, 2015.  Defendants shall have until April 30, 2015 to file a reply, not to exceed ten (10) pages, if they choose.

     IT IS SO ORDERED.